**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: June 22, 2023
Docket #: 23-354cv
Short Title: Owens v. Taliban

DC Docket #: 22-cv-1949
DC Court: SDNY (NEW YORK CITY)DC Docket #: 22-cv-1949
DC Court: SDNY (NEW YORK CITY)
DC Judge: Caproni

**NOTICE OF MOTION PLACED ON THE CALENDAR**

Motions to stay or enjoin disbursement of funds and to designate Appellee filed in the above-referenced case have been added as a submitted case to the substantive motions calendar for Wednesday, July 5, 2023.

Inquiries regarding this case may be directed to 212-857-8595.