

Clifton S. Elgarten
celgarten@crowell.com
(202) 624-2523 direct

Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
+1.202.624.2500 main
+1.202.628.5116 fax

July 14, 2023

**VIA ECF**

Catherine O'Hagan Wolfe, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

>Re: *Estate of Jesse Nathanael Aliganga, et al. v. Taliban, a/k/a Islamic Emirate of Afghanistan*, Nos. 23-354(L) & No. 23-797(C).

Dear Ms. Wolfe:

    Appellants Jesse Nathanael Aliganga, *et al.*, submit this letter to advise the Court that they join in the June 20, 2023 opening brief (Dkt. 75) of Appellants Rizwan Khaliq, *et al.* in these cases.

Respectfully submitted,

/s/ Clifton S. Elgarten
Clifton S. Elgarten
*Counsel for Appellant*

## CERTIFICATE OF SERVICE

I certify that on July 14, 2023, I electronically filed the foregoing with the Clerk of Court for the U.S. Court of Appeals for the Second Circuit through the appellate CM/ECF system. I further certify that all counsel of record are CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>/s/ Clifton S. Elgarten</u>
Clifton S. Elgarten