# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Owens v. Taliban    Docket No.: 23-354(L)

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Natasha Arnpriester

Firm: Open Society Justice Initiative

Address: 224 West 57th St, New York, NY 10019

Telephone: (212) 548-0600    Fax:

E-mail: natasha.arnpriester@opensocietyfoundations.org

Appearance for: Naseer A. Faiq, chargé d'affaires of the Permanent Mission of the Islamic Republic of Afghanistan to the United Nations
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: affirmance )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on March 6, 2023    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Natasha Arnpriester

Type or Print Name: Natasha Arnpriester