**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: November 07, 2023
Docket #: 23-354
Short Title: Owens v. Taliban

DC Docket #: 22-cv-1949
DC Court: SDNY (NEW YORK CITY)DC Docket #: 22-cv-1949
DC Court: SDNY (NEW YORK CITY)
DC Judge: Caproni

# NOTICE OF DEFECTIVE FILING

On November 6, 2023 the REPLY BRIEF, on behalf of the Appellant Rizwan Khaliq and James Owens, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
 _____ Missing proof of service
 _____ Served to an incorrect address
 _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here
 for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
 _____ Incorrect caption *(FRAP 32)*
 _____ Wrong color cover *(FRAP 32)*
 _____ Docket number font too small *(Local Rule 32.1)*
 **XX Incorrect pagination, click here for instructions on how to paginate PDFs**
 **_____ *(Local Rule 32.1)* – see "*Other*" on next page**
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*

_____	Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____	Untimely filing
_____	Incorrect Filing Event
 **XX**	**Other: Please correct by paginating the pages of your Reply Brief and refile using the same filing event as your previous filing ("*Appellant/Petitioner Reply Brief FILED*").**

**Please DO NOT use the "Corrected Brief" entry.**

**For information on how to paginate PDF documents, please refer to the hyperlink found in the sentence "*Incorrect pagination*" located on the first page.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **November 9, 2023**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8527.