GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1700 M Street, N.W.
Washington, D.C. 20036-4504
Tel 202.955.8500
gibsondunn.com

Matthew D. McGill
Direct: +1 202.887.3680
Fax: +1 202.530.9662
MMcGill@gibsondunn.com

September 19, 2024

<u>Via Electronic Case Filing</u>

Catherine O'Hagan Wolfe
Clerk of Court, U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Estate of Jesse Nathanael Aliganga, et al. v. Taliban, AKA The Islamic Emirate of Afghanistan*, Nos. 23-354 (L), 23-797 (C)
<u>Opposition to Amici's Joint Motion for Leave to Participate in Oral Argument (No. 23-354, Dkt. 147)</u>

Dear Ms. Wolfe:

    I represent Plaintiffs-Appellants in the above-captioned cases, which are being argued in tandem with the consolidated appeals in *Havlish et al. v. Bin Laden et al.*, Nos. 23-258 (L), 23-263 (C), 23-304 (C), 23-346 (C), 23-444 (C) (collectively, "Tandem Appeals"). *See* No. 23-354, Dkt. 33. I write to inform the Court that Plaintiffs-Appellants oppose amici's joint motion for leave to participate in oral argument (No. 23-354, Dkt. 147). On September 18, 2024, the Court denied amici's identical joint motion for leave to participate in oral argument in the Tandem Appeals. *See* No. 23-258, Dkts. 226, 233.

Sincerely,

*/s/ Matthew D. McGill*

Matthew D. McGill
GIBSON, DUNN & CRUTCHER LLP

*Counsel for Plaintiffs-Appellants*

Abu Dhabi · Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles
Munich · New York · Orange County · Palo Alto · Paris · San Francisco · Singapore · Washington, D.C.