23-258 (L); 23-354 (L)
*Havlish v. Taliban; Aliganga v. Taliban*

JOSÉ A. CABRANES AND GUIDO CALABRESI, *Circuit Judges*:

After careful review, the Court has voted to deny *en banc* review of these cases. Rightly so. Although the cases involve highly complicated legal issues, we addressed them head-on and painstakingly in our Majority Opinion. Rather than re-engage in lengthy disputations here, we stand by—and refer all interested persons to—that Opinion.